# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7084**  **September Term, 2007**

07cv00271

**Filed On:**

Russell Hill,
      Appellant

v.

Neal B. Biggers, In his individual and administration capacity as Senior Judge of the United States District Court for the Northern District of Mississippi, et al.,
      Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED NOV 2 3 2007
CLERK

**BEFORE:**  Sentelle, Randolph, and Brown, Circuit Judges

## ORDER

Upon consideration of the notice of appeal, which the court has construed as a petition for writ of mandamus, and the memorandum of law and fact in support thereof; the motion for leave to proceed in forma pauperis; the motion for expedition; and the motion for preliminary injunctive relief, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted.  It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied.  The petition was filed after the papers filed in district court were sent to the United States District Court for the Southern District of Mississippi, and no electronic version of the pleadings is available.  The physical transfer of the original papers to another permissible forum deprives this court of jurisdiction to review the transfer.  See <u>Starnes v. McGuire</u>, 512 F.2d 918, 924 (D.C. Cir. 1974).  It is

**FURTHER ORDERED** that the motion for expedition and the motion for preliminary injunctive relief be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

<u>Per Curiam</u>